IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE | § | |
| | § | Case No. **17-33851** |
| **GERRON BERNARD MACKLIN** | § | |
| **LABRIDGETTE BOOKER** | § | |
| | § | Chapter 7 |
| Debtor(s) | § | |

**AFFIDAVIT OF UNEMPLOYMENT**

STATE OF TEXAS
COUNTY OF Dallas

The undersigned, being of lawful age and being first duly sworn, deposes and states as follows:

1. We filed a voluntary petition under chapter 7 of the Bankruptcy Code on **1/19/2018,** and are the debtors in Case No.17-33851;

   We understand that a statement of presumed abuse has been filed in our bankruptcy case;

2. I (Mr. Macklin) lost my job with PILOT on November 2017. I then started work with Herb's Paint & Body Corp., for 2 months and also lost the job as well. I received unemployment insurance payment $986 two times a month, the last payment was the second week of December 2017.

3. I (Mrs. Booker) lost my job with Worley Catastrophe Services on March 30, 2018. I have applied for unemployment benefits but have received any as of the date of this affidavit.

4. At this time, we have no job offers;

5. At this time we am not in the final stages of interviewing with a potential employer; and

6. If I receive an oral or written offer of employment before entry of a discharge order, I will disclose – within 24 hours – the terms of the offer to the Office of the United States Trustee and the panel trustee.

FURTHER AFFIANT SAYETH NOT.

_____       _____
Gerron Macklin                          Labridgette Booker

Sworn and subscribed to before me, the undersigned authority, on this the [insert date] to certify which witness my hand and seal.

SEAL

AMANDA JEAN NORTON
Notary Public, State of Texas
Comm. Expires 06-23-2020
Notary ID 128686321

_____
[Printed Name]
Notary Public in and for the State of Texas